# EXHIBIT 2

# AFFIDAVIT OF THOMAS M. WILLIAMS IN SUPPORT OF BROWN JORDAN'S VERIFIED MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS

Before me, the undersigned notary public, personally appeared Thomas M. Williams, who is personally known to me and who, after being duly sworn, deposes and says that:

1. I am over the age of 21 and have personal knowledge of the matters set forth herein. I am a member of the law firm, Stoll Keenon Ogden PLLC ("SKO" or the "Firm"), Kentucky counsel for Plaintiffs BJI Holdings, LLC, Brown Jordan International, Inc., Brown Jordan Services, Inc., and Brown Jordan Company (Case No. 14-CV-60629), and Defendants BJI Holdings, LLC, Brown Jordan International, Inc., and Brown Jordan Services, Inc. (Case No. 14-CV-61415) (collectively "Brown Jordan" or the "Company"), Gene J. Moriarty, Vincent Tortorici, Jr., Frederick G. King, Wayne Teetsel, Jason Breaux and Pamela Packard (Case No. 14-CV-61415) (hereinafter collectively with the Company, the "Brown Jordan Parties").

2. I make this affidavit in support of the Company's request for attorneys' fees and costs incurred in connection with Brown Jordan's claim under the Stored Communications Act ("SCA") and in support of the Company's Verified Motion for Attorneys' Fees and Non-Taxable Costs (the "Motion") filed contemporaneously herewith. If called upon to testify in this matter, I can testify based upon my personal knowledge of the facts contained in this affidavit.

3. Attached hereto as Exhibit 1 is an invoice for work done by my Firm related to a Motion to Compel the production and inspection of Rashna Carmicle's iPhone. This Motion to Compel arose because email screenshots reflecting Carmicle's email misconduct were found, by an expert, to have at one point existed on this iPhone.

4. The attached invoice (like other Firm's invoices) has been kept by persons with knowledge of the events described, and it was made at or near the time of the rendition of the service. This invoice and other Firm's invoices are kept in the regular course of our professional

1

practice and it is our regular practice to keep such records. The total amount reflected on the attached invoice has been paid in full by Brown Jordan.

5. SKO and Brown Jordan agreed to the rates reflected in the invoice and requested in the Motion. Additionally, the rates charged by the Firm to Brown Jordan in connection with this litigation are same or substantially similar to the rates of SKO attorneys who worked on this case and similarly credentialed other SKO attorneys working on analogous employment litigation matters charge to analogous fee-paying clients.

6. Additionally, the work done by the Firm on this SCA-related issue was done by well-credentialed attorneys with substantial experience in labor and employment and/or litigation matters. A composite exhibit of attorney biographies for the attorneys who worked on this issue is attached hereto as Exhibit 2.

7. For all of the foregoing reasons, the rates of the SKO attorneys were reasonable and should remain unaltered for the purposes of determining the lodestar on Brown Jordan's claim.

_____
THOMAS M. WILLIAMS

STATE OF KENTUCKY)
COUNTY OF JEFFERSON)

Subscribed, acknowledged, and sworn to before me by Thomas M. Williams on this 6th day of April 2016.

My commission expires 2/18/17.

_____
NOTARY PUBLIC

# EXHIBIT 1

**Stoll Keenon Ogden PLLC**
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202-2828
502 333-6000
Tax ID # 61-0421389

222?088

138518

Brown Jordan, et al.
c/o Lloyd B. Chinn
lchinn@proskauer.com

November 9, 2015
Invoice #: 822928
Account #: 117948/148680

---

Please return this page with your payment by December 9, 2015 to:
Stoll Keenon Ogden PLLC
P.O. Box 11969
Lexington, KY 40579-1969

Re: adv. Christopher Carmicle

Fees rendered this bill

Disbursements

**Total Current Charges This Matter**





RECEIVED
NOV 16 2015
BW
FINANCE DEPARTMENT

Brown Jordan, et al.

Stoll Keenon Ogden PLLC
Invoice No. 822928

Professional Services for the period through 10/31/15, including the following:

Re: adv. Christopher Carmicle
Our Reference: 117948/148680/TMW/1302

| Date | Description | Tkpr | Hours |
|---|---|---|---|
| 10/06/15 | Review draft motion to compel compliance with subpoena directed to Rashna Carmicle; confer with Mr. Gall regarding same; telephone call to counsel for Rashna Carmicle regarding subpoena. | JDC | 1.10 |
| 10/06/15 | Attention to expedited motion to compel, including telephone conference and correspondence with Mr. Williams and Mr. Clark regarding same, multiple conferences with Ms. Schwartz regarding same, and review, revise, and research case law for same | MAG | 6.20 |
| 10/06/15 | Telephone to counsel concerning motion to compel; review and analyze rules concerning the same; review and analyze draft motion to compel. | TMW | 1.50 |
| 10/07/15 | Attention to efforts to compel Rashna Carmicle to comply with subpoena; several telephone conferences with counsel for Mrs. Carmicle; email correspondence with counsel for Mrs. Carmicle; review and revise motion to compel and related declarations; conferences with Ms. Gall and Ms. Schwarz regarding same; review pleadings from underlying litigation to analyze history and Mrs. Carmicle's role in case. | JDC | 4.40 |
| 10/07/15 | Attention to motion to compel, including review correspondence between Mr. Clark and Matt Coogle (counsel for Rashna Carmicle), review revisions proposed by Matt Coogle, and draft Mr. Clark's declaration in support of motion | MAG | 2.50 |
| 10/08/15 | Attention to issues relating to Rashna Carmicle subpoena and to Mrs. Carmicle's refusal to comply with subpoena; review Mrs. Carmicle's past history with Brown Jordan. | JDC | 0.80 |
| 10/08/15 | Attention to expedited motion to compel, including multiple correspondence and telephone conferences with Matt Coogle (Rashna Carmicle's counsel) in attempt to negotiate production and multiple telephone conferences with Ms. Schwartz regarding same | MAG | 2.30 |
| 10/09/15 | Attention to email correspondence regarding Rashna Carmicle subpoena and her refusal to comply with same; confer with Ms. Gall regarding same; review motion to compel and related filings; review communications from court regarding telephonic conference. | JDC | 1.50 |
| 10/09/15 | Attention to expedited motion to compel, including multiple telephone conferences with Matt Coogle (Rashna Carmicle's counsel) in attempt to negotiate production, multiple telephone conferences with Mr. Engel and Ms. Schwartz regarding motion and proposed order, revise and finalize motion and order, filing of motion and order, and multiple telephone conferences with the court regarding same | MAG | 6.30 |
| 10/09/15 | Further analysis of subpoena and related issues. | TMW | 0.50 |

**Keep this copy for your records.**

Brown Jordan, et al.

Stoll Keenon Ogden PLLC
Invoice No. 822928

| Date | Description | Tkpr | Hours |
|---|---|---|---|
| 10/11/15 | Attention to case filings and emails from opposing counsel to prepare for telephonic conference on motion to compel. | JDC | 0.40 |
| 10/12/15 | Attention to potential solutions to objections presented by Mrs. Carmicle to subpoena; review email from Mrs. Schwarz regarding same. | JDC | 0.50 |
| 10/12/15 | Attention to motion to compel, including brief conference with Mr. Clark regarding last week's developments and correspondence and multiple telephone conferences with Ms. Jurate regarding the duplication proposal | MAG | 0.80 |
| 10/13/15 | Prepare for hearing on motion to compel; review spoliation motion in FL litigation against Chris Carmicle to understand discovery disputes; confer with Ms. Gall regarding same; attend hearing; telephone conference with counsel for Rashna Carmicle following hearing. | JDC | 2.80 |
| 10/13/15 | Attention to status conference with court, including pre- and follow-up conferences with Mr. Clark regarding same | MAG | 0.70 |
| 10/13/15 | Telephone conference and follow-up correspondence with Ms. Schwartz regarding court status conference | MAG | 0.90 |
| 10/13/15 | Correspondence with Mr. Williamson regarding VCPI | MAG | 0.10 |
| 10/13/15 | Review and analyze next steps and status. | TMW | 0.50 |
| 10/14/15 | Review emails relating to Rashna Carmicle's proposal to comply with subpoena; telephone conference with Mr. Chinn regarding case issues; confer with Ms. Gall regarding strategy relating to subpoena to Mrs. Carmicle; draft email to counsel for Mrs. Carmicle regarding compliance issues. | JDC | 1.50 |
| 10/14/15 | Attention to expedited motion to compel, including correspondence and telephone conference with Mr. Clark regarding same, telephone conference with Matt Coogle (counsel for Rashna Carmicle) regarding same, and correspondence and telephone conferences with Mr. Schwartz regarding same | MAG | 1.10 |
| 10/15/15 | Review Rashna Carmicle's response to motion to compel; email correspondence with Ms. Schwartz and Mr. Engle regarding reply to same; telephone conference with Mr. Chinn regarding case status and strategy; review pleadings from Florida litigation to prepare reply brief in support of motion to compel Mrs. Carmicle's compliance with subpoena; draft and revise reply brief in support of motion to compel Mrs. Carmicle's compliance with subpoena. | JDC | 3.80 |
| 10/16/15 | Draft and revise reply brief in support of motion to compel Rashna Carmicle compliance with subpoena; conferences and email correspondence with Mr. Chinn, Ms. Schwarz, and Mr. Engle regarding same; finalize and file reply brief | JDC | 5.20 |
| 10/19/15 | Review order granting motion to compel; email correspondence with | JDC | 1.70 |

Brown Jordan, et al.　　　　　　　　　　　　　　　　　　　　　　　　　Stoll Keenon Ogden PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice No. 822928

| Date | Description | Tkpr | Hours |
|---|---|---|---|
| | Proskauer counsel regarding order; attention to logistics of producing Mrs. Carmicle's phone; | | |
| 10/20/15 | Attention to court order on turnover of Mrs. Carmicle's phone; draft email to Ms. Gall regarding same; review logistics of turnover. | JDC | 0.50 |
| 10/21/15 | telephone conference with Ms. Schwartz regarding ▮▮▮ Rashna Carmicle's phone production; email correspondence with Mrs. Carmicle's counsel regarding phone production. | JDC | 1.30  .60 |
| 10/26/15 | Review emails and documents regarding Mrs. Carmicle's production of phone data; draft email to opposing counsel regarding same. | JDC | 0.30 |
| 10/27/15 | Attention to Mrs. Carmicle's privilege log. | JDC | 0.30 |

**Total Services**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$16,844.00

### Summary of Services

| Init | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|
| MAG | Gall, M A | | 265.00 | |
| TMW | Williams, T M | | 375.00 | |
| JDC | Clark, J D | | 315.00 | |
| | Total Services | | | |



### Disbursements

| Date | Description | Tkpr | Amount |
|---|---|---|---|
| 10/09/15 | US District Court Western Division - Filing Fees VENDOR: Business Card Services (SYB Credit Card); INVOICE#: 110115-1; DATE: 11/1/2015 | JDC | $46.00 |

**Keep this copy for your records.**

Brown Jordan, et al.

Stoll Keenon Ogden PLLC
Invoice No. 822928

**Total Disbursements** $46.00

TOTAL FEES & DISBURSEMENTS

**Total Current Charges This Matter**



**Keep this copy for your records.**

# EXHIBIT 2



**Thomas M. Williams**
Member
**Practices**
Labor, Employment & Employee Benefits

T: 502.560.4279
F: 502.627.8779
tom.williams@skofirm.com
vCard

**Louisville**
500 West Jefferson Street
2000 PNC Plaza
Louisville, KY 40202-2828
T: 502.333.6000
F: 502.333.6099

**PEER RATINGS**



## Thomas M. Williams

Tom is a Member in Stoll Keenon Ogden's Louisville office. He is a member of the Labor, Employment & Employee Benefits Practice. He has more than 20 years of labor and employment law experience. Since 2004, Tom has been recognized by *Chambers USA* as a "Leader in Kentucky" in the field of labor and employment law. According to that publication, he is considered by clients to be "an extremely professional lawyer who treats each of his clients as if they're number one." He is AV® Preeminent™ Peer Review Rated by *Martindale-Hubbell®* and is listed in *The Best Lawyers in America®*.

Since 2008, Tom has been recognized by Kentucky Super Lawyers as one of the top 50 attorneys in the state. In addition to his litigation practice, he is an employment law mediator and a frequent lecturer, trainer and writer on employment law topics.

Tom is past President of the Louisville Bar Association. Active within the community, he served as the Board Chair for the Leadership Louisville Center in 2010. He is married to his wife Sarah, and has three children. He enjoys golf in his free time.

### Education

College of William & Mary B.A., 1986

University of Cincinnati College of Law J.D., 1990

### Bar & Court Admissions

Kentucky Court of Appeals

Kentucky Supreme Court

U.S. Court of Appeals, 6th Circuit

U.S. Court of Appeals, 7th Circuit

U.S. District Court, Southern District of Indiana

U.S. District Court, Eastern District of Kentucky

U.S. District Court, Western District of Kentucky

United States Supreme Court

### Professional Activities

Louisville Bar Association, President in 2007

American Bar Association, member, Employment Rights and Responsibilities subcommittee, 1998 to present

Louisville Society for Human Resources Management

### Civic Involvement

Partnership for a Compassionate Louisville, Co-Chair, 2011

Leadership Louisville "Connector," 2010

Leadership Kentucky, 2009

Leadership Louisville, Board Chair, 2009, Programs Chair, 2007 to 2008

Interfaith Paths to Peace, Board Member, 2008 to present

Thomas Merton Institute, Board Member, 2008 to present

Bingham Fellows, 2004

Leadership Louisville, 2003

## Seminars

Fellowship of Reconciliation Monthly Luncheon, Compassionate City Initiative Update, September 15, 2011

Leadership Louisville 2012 Class, Connector Project and Social Capital Update, September 13, 2011

Annual Legal Update, Society for Human Resources Management, 2005 to 2008

## Awards & Honors

"Louisville Peacemaker of the Year" Award, 2011

University of Louisville Brandeis School of Law, Dean's Service Award, 2009

Advanced a local ordinance naming "Thomas Merton Square" in downtown Louisville, 2008

"Spirit of Yes" Award from Leadership Louisville, 2003

Award for Professional Excellence, Louisville Society for Human Resources Management, 2002

Advanced congressional legislation creating an inscription at the Lincoln Memorial for Martin Luther King's "I Have a Dream" speech, 2000. The inscription was dedicated on the 40th anniversary of the dream speech in August 2003.



## Justin D. Clark
Member
**Practices**
Business Litigation
Tort, Trial & Insurance Services
Antitrust, Trade Regulation & Franchise
Class Action
Appellate

T: 502.560.4224
F: 502.627.8724
justin.clark@skofirm.com
vCard

**Louisville**
500 West Jefferson Street
2000 PNC Plaza
Louisville, KY 40202-2828
T: 502.333.6000
F: 502.333.6099

## Justin D. Clark

Justin is a Member in Stoll Keenon Ogden's Louisville office. He is a member of the Business Litigation Practice with a focus on Class Action and Antitrust & Trade Regulation. Justin is also a member of the Tort, Trial & Insurance Services Practice. His practice covers a large range of civil litigation areas, with notable work including the representation of the Executive Director of the Kentucky Office of Insurance in her capacity as the Rehabilitator of AIK Comp, an unincorporated association and group self-insurance fund currently in rehabilitation. Also noteworthy was Justin's successful representation of high-profile jockeys in their widely publicized efforts to wear advertising logos during thoroughbred horse races in the Commonwealth of Kentucky, most notably the Kentucky Derby.

Justin is AV® Preeminent™ Peer Review Rated by *Martindale-Hubbell®* for his many legal accomplishments. He is an active participant in Leadership Louisville, being both a Bingham Fellow (Class of 2009) and a 2006 graduate of Leadership Louisville's Ignite program. He is also a past member of the Executive Committee of the Kentucky Bar Association's Young Lawyer Section and a graduate of the first class of the Louisville Bar Association Leadership Academy.

He is married with two daughters and enjoys fitness training, tennis, reading, and spending time with his family during his free time.

### Education
Western Kentucky University B.A., 1999 cum laude

University of Kentucky College of Law J.D., 2002

### Bar & Court Admissions
Kentucky

United States Supreme Court

U.S. Court of Appeals, 6th Circuit

U.S. Bankruptcy Court, Eastern District of Kentucky

U.S. Bankruptcy Court, Western District of Kentucky

U.S. District Court, Eastern District of Kentucky

U.S. District Court, Western District of Kentucky

### Work Highlights
*Ernst & Young, LLP v. Clark*, 323 S.W.3d 682 (Ky. 2010), cert. denied ---S. Ct. ---, 2011 WL 588978 (Feb. 22, 2011) (No. 10-693).

*Curtis Green & Clay Green, Inc. v. Clark*, 318 S.W.3d 98 (Ky. App. 2010).

*Owensboro Grain Co., LLC v. AUI Contracting, LLC*, 2009 WL 650456, 72 Fed.R.Serv.3d 1342 (W.D. Ky. 2009)

*Jewish Hospital Healthcare Services, Inc. v. Louisville/Jefferson County*, 270 S.W.3d 904 (Ky. App. 2008)

*Adika v. Smith*, 466 F.3d 503 (6th Cir. 2006)

*Calloway v. University of Louisville*, 2006 WL 1523229, 32 NDLR P 216 (W.D. Ky. 2006)

*Koetters v. Ernst & Young LLP*, 2005 WL 1475533 (E.D. Ky. 2005)

### Professional Activities

Louisville Bar Association

Kentucky Bar Association

American Bar Association

### Civic Involvement

Leadership Louisville Center, Member

Leadership Louisville, Bingham Fellow 2009

Leadership Louisville, Ignite Fellow, 2006

Legal Aid Society, Board Member, Justice for All Campaign

### Teachings

Louisville Bar Association, Speaker/Instructor for LBA Mock Trial Program, 2005 - 2009

### Seminars

Kentucky Pediatrics Society & Ross Pediatrics "Career Day," Speaker/Instructor on topic of "Risk Management for the Physician"

### Awards & Honors

Obtained complete dismissal of an intellectual property lawsuit against the CEO of a Fortune 500 company.

Procured multi-million dollar arbitration award against Fortune 250 company for funds due and owing under a complex Stock Purchase Agreement arising out of the acquisition of a natural gas company.

Obtained summary judgment on behalf of the University of Louisville in a lawsuit containing sensitive retaliation and racial discrimination allegations.

Earned a complete defense verdict at trial for a prominent lawyer in a complex legal malpractice action.

Successfully defended a sensational civil rights lawsuit against a local municipality and certain elected officials that made national news by obtaining an order completely dismissing the lawsuit.

Successful representation of certain high-profile jockeys in their widely publicized efforts to wear advertising logos during thoroughbred horse races in the Commonwealth of Kentucky, most notably the Kentucky Derby.

Ongoing, and continually successful, representation of the Executive Director of the Kentucky Office of Insurance in her capacity as the Rehabilitator of AIK Comp, an unincorporated association and group self-insurance fund currently in rehabilitation.

## Maria Gall
Associate
Phone: 502.568.5710
Fax: 502.627.8710
maria.gall@skofirm.com

Louisville
500 West Jefferson Street
2000 PNC Plaza

### Practices
- Business Litigation

### Education
- University of Kentucky College of Law
  2006, J.D., cum laude
- Vanderbilt University
  2002, B.Mus., magna cum laude
- The London School of Economics and Political Science
  2012, M.Sc.

### Professional & Civic Activities
- American Bar Association
- Kentucky Bar Association
- Louisville Bar Association
- Governor's School for the Arts, Advisory Council
- Frazier History Museum, Making History, council member
- Fund for the Arts, NeXt! Leadership Development Program, Class of 2016
- Focus Louisville, Class of 2014
- Kentucky Law Journal Association, board member, 2007-08

## Maria Gall

Maria is a member of the Business Litigation practice. Prior to joining SKO, Maria was a visiting assistant professor at the University of Kentucky College of Law, where she taught business associations, professional responsibility and international human rights law.

From 2007-2011, Maria practiced law in the New York office of Cadwalader, Wickersham & Taft LLP, where she focused on complex commercial litigation, including securities and related stock-drop ERISA litigation, shareholder derivative suits, contractual liability and civil RICO actions.

From 2006-2007, Maria clerked for the Honorable Charles R. Simpson III in the U.S. District Court for the Western District of Kentucky.

# Maria Gall

Litigation Associate at Ballard Spahr LLP

## Summary

I am a senior associate with Ballard Spahr in Las Vegas, Nevada. My practice is focused on commercial litigation, with an emphasis on consumer finance matters, construction disputes, contractual liability, and securities and shareholder derivative matters. I have successfully represented multi-national financial institutions, international construction corporations, utilities, and healthcare and pharmaceutical companies. In particular, I have extensive knowledge and experience in managing discovery, including e-Discovery, in an efficient and cost effective manner for the client.

While in law school I was production editor for the law journal. After law school, I clerked for the Honorable Charles R. Simpson III, Judge for the U.S. District Court for the Western District of Kentucky. I also bring a unique perspective to the practice of law based on my time in academia as a visiting assistant professor of law at the University of Kentucky, teaching courses in business associations (corporations), international human rights law, and professional responsibility.

I am admitted to the bars of New York, Kentucky, and Tennessee. I am not yet admitted in Nevada.

## Experience

**Litigation Associate at Ballard Spahr LLP**
February 2016 - Present (3 months)

**Litigation Associate at Stoll Keenon Ogden PLLC**
February 2014 - January 2016 (2 years)

**Visiting Assistant Professor of Law at University of Kentucky**
2012 - June 2013 (1 year)
  Courses taught include the law of business associations (corporations), international human rights law, and professional responsibility (legal ethics)

**Litigation Associate at Cadwalader, Wickersham & Taft LLP**
September 2007 - July 2011 (3 years 11 months)
  Practice concentrated in complex commercial litigation, including securities and ERISA litigation, shareholder derivative suits, and civil RICO actions

**Law Clerk at U.S. District Court, Western District of Kentucky**
August 2006 - August 2007 (1 year 1 month)

Law clerk to the Honorable Charles R. Simpson III

**Summer Associate at Baker Donelson**
June 2005 - August 2005 (3 months)

**Summer Associate at Bass Berry & Sims**
May 2005 - June 2005 (2 months)

**Summer Assoicate at Stites & Harbison**
May 2004 - August 2004 (4 months)

## Organizations
**Kentucky Governor's School for the Arts**
Advisory Council
November 2014 to January 2016

## Skills & Expertise
**Commercial Litigation**
**Legal Research**
**Civil Litigation**
**Litigation**
**Employment Litigation**
**Securities Litigation**
**Corporate Governance**
**Human Rights Law**
**Employment Law**
**Legal Writing**
**Appeals**
**Human Rights**
**Westlaw**
**Corporate Law**
**Securities**
**Intellectual Property**

## Education
**University of Kentucky**
Doctor of Law (J.D.), 2003 - 2006
**The London School of Economics and Political Science (LSE)**
Master of Science (MSc), Human Rights, 2011 - 2012
**Vanderbilt University**
B. Mus, Musical Arts, 1998 - 2002
**North Hardin High School**

## Publications

**Towards the Heart of the Sport: A Sporting Perspective on Abraham & Veneklasen Joint Venture v. American Quarter Horse Association**

KY. J. EQUINE, AGRIC., & NAT. RESOURCES L.

Authors: Maria Gall, Samuel D. Hinkle IV

This Article addresses the implications of accepting breed registration standards as "rules of sport," including how in McHugh v. Australian Jockey Club the comparison of registration rules to rules of sport influenced the court's decision to reject the applicant's claims that the Australian Jockey Club's rules prohibiting the registration of Thoroughbreds bred by artificial insemination violated Australia's antitrust laws. We begin Part I with an overview of claims under the Sherman Act and how under its structure Abraham & Veneklasen Joint Venture v. American Quarter Horse Association was brought and decided. In Part II, we explore why rules on the registration of horses are rules of sport, including the McHugh court's analysis on the matter. In Part III, we discuss the implications for the antitrust analysis when breed registration rules are accepted as rules of sport. Finally, in Part IV, we look briefly at how antitrust claims concerning rules of sport can have perverse effects to devalue the sport.